IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,                           Case 3:21-po-14

   -vs-                                Magistrate Judge Ovington

Larry Didier,

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Federal Trespassing, in violation of Title 18, United States Code, Section 1382, made in Count 1 of the Information, is hereby AMENDED to charge Disorderly Conduct, a violation of the Ohio Revised Code, Section 2917.11 (A)(5).

IT IS SO ORDERED.

Date: 7/7/21

_____
United States Magistrate Judge

_____
Assistant United States Attorney